**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1447

JEANNE MCCORMACK,

Plaintiff - Appellant,

v.

BLUE RIDGE BEHAVIORAL HEALTHCARE, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Senior District Judge. (7:18-cv-00457-GEC)

Submitted: September 1, 2022                     Decided: November 2, 2022

Before HARRIS, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Thomas E. Strelka, STRELKA EMPLOYMENT LAW, Roanoke, Virginia, for Appellant. Jim H. Guynn, Jr., GUYNN WADDELL CARROLL & LOCKABY, P.C. for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeanne McCormack appeals the district court's order granting summary judgment in favor of Blue Ridge Behavioral Healthcare, Inc., on her claims under the Family and Medical Leave Act, 29 U.S.C. §§ 2601 to 2654, and the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *McCormack v. Blue Ridge Behavioral Healthcare, Inc.*, No. 7:18-cv-00457-GEC (W.D. Va. Mar. 3, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*